# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Benitez, Roger T**

Report Year: 2020

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.
I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.
**/s/ Benitez, Roger T [electronically signed on 04/11/2021 by Benitez, Roger T in JEFS]**

## I. Positions

| # | ORGANIZATION NAME | ORGANIZATION TYPE | POSITION HELD |
|---|---|---|---|
| 1 | Thomas Jefferson School of Law | University/College | Board of Trustees-Corporate Secretary |
| 2 | Association of Business Trial Lawyers of San Diego | Non-Profit | Board of Trustees |
| 3 | Family Trust | Trust | Trustee |

## II. Agreements

None

## III A. Filer's Non-Investment Income

None

## III B. Spouse's Non-Investment Income

| # | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | California State Teachers Retirement | |

## IV. Reimbursements

| # | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | George Mason Law School | 08/07/2020 - 08/16/2020 | Pennsylavania | Educational Seminar | Lodging, Travel, Meals, |

## V. Gifts

None

---

## VI. Liabilities

| # | CREDITOR | TYPE | VALUE |
|---|----------|------|-------|
| 1 | Quicken Home Loans | Mortgage on rental property | $100,001 - $250,000 |

## VII. Investments and Trusts

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|-------------|---------------|-------------|-------------------------|--------------|-------------|-------------|--------------|
| 1 | Parcel 4 Salton City, Ca | | None | $1 - $15,000 | Estimated | | | |
| 2 | Parcel 5 San Diego, CA | $15,001 - $50,000 | Rent | $500,001 - $1,000,000 | Estimated | | | |
| 3 | Note (X)- Steve and Anna Seibert | $15,001 - $50,000 | Interest | $100,001 - $250,000 | Cash Market | | | |
| 4 | Northern Life Annuity/ING now VOYA TSA group1 | $1,001 - $2,500 | Interest, Gain | $50,001 - $100,000 | Cash Market | | | |
| 5 | Ameritrade Account 1-84 (H) | | | | | | | |
| 5.1 | Sweep Account - TD Bank | $1,000 or less | Interest | $50,001 - $100,000 | Cash Market | | | |
| 5.2 | Annaly Capital- NLY | $2,501 - $5,000 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 5.2.1 | Annaly Capital- NLY | | | | | Sold | 03/18/2020 | $15,000 or less |
| 5.2.2 | Annaly Capital- NLY | | | | | Sold | 04/07/2020 | $15,000 or less |
| 5.2.3 | Annaly Capital- NLY | | | | | Sold | 04/16/2020 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.2.4 | Annaly Capital- NLY | | | | | Sold | 04/29/2020 | $15,000 or less |
| 5.2.5 | Annaly Capital- NLY | | | | | Sold | 05/12/2020 | $15,001 - $50,000 |
| 5.2.6 | Annaly Capital- NLY | | | | | Purchased | 02/13/2020 | $15,000 or less |
| 5.2.7 | Annaly Capital- NLY | | | | | Purchased | 03/25/2020 | $15,000 or less |
| 5.2.8 | Annaly Capital- NLY | | | | | Purchased | 04/27/2020 | $15,000 or less |
| 5.3 | Alibaba Group Holding LTD-common-BABA | $50,001 - $100,000 | Gain | $100,001 - $250,000 | Cash Market | | | |
| 5.3.1 | Alibaba Group Holding LTD-common-BABA | | | | | Sold | 04/23/2020 | $100,001 - $250,000 |
| 5.3.2 | Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 04/27/2020 | $100,001 - $250,000 |
| 5.3.3 | Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 05/04/2020 | $15,001 - $50,000 |
| 5.3.4 | Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 05/08/2020 | $15,001 - $50,000 |
| 5.3.5 | Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 06/04/2020 | $15,001 - $50,000 |
| 5.3.6 | Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 06/04/2020 | $15,001 - $50,000 |
| 5.3.7 | Alibaba Group Holding LTD-common-BABA | | | | | Sold | 07/22/2020 | $250,001 - $500,000 |
| 5.3.8 | Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 07/22/2020 | $50,001 - $100,000 |
| 5.3.9 | Alibaba Group Holding LTD-common-BABA | | | | | Sold | 11/17/2020 | $50,001 - $100,000 |
| 5.4 | United Technologies Corp | None | None | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.4.1 | United Technologies Corp | | | | | Sold | 03/20/2020 | $15,001 - $50,000 |
| 5.5 | Honeywell Intl Inc | $1,000 or less | Dividend | None | Cash Market | | | |
| 5.5.1 | Honeywell Intl Inc | | | | | Sold | 01/06/2020 | $50,001 - $100,000 |
| 5.6 | Pacific Premier Bancorp Inc | $1,000 or less | Dividend | None | Cash Market | | | |
| 5.6.1 | Pacific Premier Bancorp Inc | | | | | Sold | 01/17/2020 | $15,001 - $50,000 |
| 5.6.2 | Pacific Premier Bancorp Inc | | | | | Purchased | 02/19/2020 | $15,000 or less |
| 5.6.3 | Pacific Premier Bancorp Inc | | | | | Sold | 04/07/2020 | $15,000 or less |
| 5.6.4 | Pacific Premier Bancorp Inc | | | | | Purchased | 04/21/2020 | $15,000 or less |
| 5.6.5 | Pacific Premier Bancorp Inc | | | | | Purchased | 04/23/2020 | $15,000 or less |
| 5.6.6 | Pacific Premier Bancorp Inc | | | | | Purchased | 05/04/2020 | $15,000 or less |
| 5.6.7 | Pacific Premier Bancorp Inc | | | | | Purchased | 05/07/2020 | $15,000 or less |
| 5.6.8 | Pacific Premier Bancorp Inc | | | | | Purchased | 06/04/2020 | $15,000 or less |
| 5.6.9 | Pacific Premier Bancorp Inc | | | | | Purchased | 06/23/2020 | $15,000 or less |
| 5.6.10 | Pacific Premier Bancorp Inc | | | | | Purchased | 07/01/2020 | $15,000 or less |
| 5.6.11 | Pacific Premier Bancorp Inc | | | | | Purchased | 07/07/2020 | $15,000 or less |
| 5.6.12 | Pacific Premier Bancorp Inc | | | | | Sold | 07/10/2020 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.6.13 | Pacific Premier Bancorp Inc | | | | | Sold | 07/21/2020 | $15,001 - $50,000 |
| 5.7 | Under Armor | None | None | None | Cash Market | | | |
| 5.7.1 | Under Armor | | | | | Purchased | 01/10/2020 | $15,000 or less |
| 5.7.2 | Under Armor | | | | | Purchased | 01/23/2020 | $15,000 or less |
| 5.7.3 | Under Armor | | | | | Sold | 02/12/2020 | $15,001 - $50,000 |
| 5.8 | Lululemon Athletica Inc | None | None | None | Cash Market | | | |
| 5.8.1 | Lululemon Athletica Inc | | | | | Sold | 03/11/2020 | $15,001 - $50,000 |
| 5.9 | American Airlines Group, Inc. - Common Stock | None | None | None | Cash Market | | | |
| 5.9.1 | American Airlines Group, Inc. - Common Stock | | | | | Purchased | 06/10/2020 | $15,000 or less |
| 5.9.2 | American Airlines Group, Inc. - Common Stock | | | | | Sold | 06/18/2020 | $15,000 or less |
| 5.10 | Apple Inc. | None | None | None | Cash Market | | | |
| 5.10.1 | Apple Inc. | | | | | Purchased | 08/27/2020 | $50,001 - $100,000 |
| 5.10.2 | Apple Inc. | | | | | Purchased | 08/28/2020 | $50,001 - $100,000 |
| 5.10.3 | Apple Inc. | | | | | Sold | 09/30/2020 | $15,001 - $50,000 |
| 5.10.4 | Apple Inc. | | | | | Sold | 10/27/2020 | $50,001 - $100,000 |
| 5.11 | ALLIANCE BRENSTEIN HOLDING | None | None | None | Cash Market | | | |
| 5.11.1 | ALLIANCE BRENSTEIN HOLDING | | | | | Purchased | 03/03/2020 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.11.2 | ALLIANCE BRENSTEIN HOLDING | | | | | Sold | 03/30/2020 | $15,000 or less |
| 5.12 | ADVANCED MICRO DEVICES | $15,001 - $50,000 | Gain | None | Cash Market | | | |
| 5.12.1 | ADVANCED MICRO DEVICES | | | | | Purchased | 01/23/2020 | $15,000 or less |
| 5.12.2 | ADVANCED MICRO DEVICES | | | | | Purchased | 02/06/2020 | $15,000 or less |
| 5.12.3 | ADVANCED MICRO DEVICES | | | | | Purchased | 02/10/2020 | $15,000 or less |
| 5.12.4 | ADVANCED MICRO DEVICES | | | | | Purchased | 03/03/2020 | $15,000 or less |
| 5.12.5 | ADVANCED MICRO DEVICES | | | | | Purchased | 04/23/2020 | $15,000 or less |
| 5.12.6 | ADVANCED MICRO DEVICES | | | | | Sold | 04/30/2020 | $15,001 - $50,000 |
| 5.12.7 | ADVANCED MICRO DEVICES | | | | | Purchased | 07/01/2020 | $15,000 or less |
| 5.12.8 | ADVANCED MICRO DEVICES | | | | | Purchased | 07/07/2020 | $15,000 or less |
| 5.12.9 | ADVANCED MICRO DEVICES | | | | | Purchased | 07/28/2020 | $15,000 or less |
| 5.12.10 | ADVANCED MICRO DEVICES | | | | | Purchased | 08/03/2020 | $15,000 or less |
| 5.12.11 | ADVANCED MICRO DEVICES | | | | | Purchased | 08/05/2020 | $15,000 or less |
| 5.12.12 | ADVANCED MICRO DEVICES | | | | | Sold | 08/06/2020 | $50,001 - $100,000 |
| 5.12.13 | ADVANCED MICRO DEVICES | | | | | Purchased | 08/11/2020 | $15,001 - $50,000 |
| 5.12.14 | ADVANCED MICRO DEVICES | | | | | Purchased | 08/13/2020 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.12.15 | ADVANCED MICRO DEVICES | | | | | Purchased | 10/26/2020 | $15,000 or less |
| 5.12.16 | ADVANCED MICRO DEVICES | | | | | Sold | 12/15/2020 | $15,001 - $50,000 |
| 5.13 | ABID TECH | None | None | None | Cash Market | | | |
| 5.13.1 | ABID TECH | | | | | Purchased | 04/14/2020 | $15,000 or less |
| 5.13.2 | ABID TECH | | | | | Sold | 04/16/2020 | $15,000 or less |
| 5.14 | BERKSHIRE HATHAWAY INC CLB | $1,001 - $2,500 | Gain | None | Cash Market | | | |
| 5.14.1 | BERKSHIRE HATHAWAY INC CLB | | | | | Purchased | 03/16/2020 | $15,001 - $50,000 |
| 5.14.2 | BERKSHIRE HATHAWAY INC CLB | | | | | Purchased | 03/18/2020 | $15,001 - $50,000 |
| 5.14.3 | BERKSHIRE HATHAWAY INC CLB | | | | | Purchased | 03/25/2020 | $15,001 - $50,000 |
| 5.14.4 | BERKSHIRE HATHAWAY INC CLB | | | | | Purchased | 04/16/2020 | $15,001 - $50,000 |
| 5.14.5 | BERKSHIRE HATHAWAY INC CLB | | | | | Sold | 05/07/2020 | $50,001 - $100,000 |
| 5.15 | Cadence Design Systems, Inc. - Common Stock | None | None | None | Cash Market | | | |
| 5.15.1 | Cadence Design Systems, Inc. - Common Stock | | | | | Purchased | 01/27/2020 | $15,000 or less |
| 5.15.2 | Cadence Design Systems, Inc. - Common Stock | | | | | Purchased | 02/07/2020 | $15,000 or less |
| 5.15.3 | Cadence Design Systems, Inc. - Common Stock | | | | | Sold | 03/11/2020 | $15,000 or less |
| 5.16 | DOLLAR GENERAL CORP | None | None | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.16.1 | DOLLAR GENERAL CORP | | | | | Purchased | 10/27/2020 | $15,001 - $50,000 |
| 5.16.2 | DOLLAR GENERAL CORP | | | | | Sold | 10/29/2020 | $15,001 - $50,000 |
| 5.17 | WALT DISNEY CO | $2,501 - $5,000 | Gain | None | Cash Market | | | |
| 5.17.1 | WALT DISNEY CO | | | | | Purchased | 03/16/2020 | $15,000 or less |
| 5.17.2 | WALT DISNEY CO | | | | | Purchased | 03/18/2020 | $15,000 or less |
| 5.17.3 | WALT DISNEY CO | | | | | Sold | 04/16/2020 | $15,001 - $50,000 |
| 5.18 | DAQO NEW ENERGY CORP | $1,001 - $2,500 | Gain | None | Cash Market | | | |
| 5.18.1 | DAQO NEW ENERGY CORP | | | | | Purchased | 07/27/2020 | $15,000 or less |
| 5.18.2 | DAQO NEW ENERGY CORP | | | | | Purchased | 08/26/2020 | $15,000 or less |
| 5.18.3 | DAQO NEW ENERGY CORP | | | | | Sold | 09/15/2020 | $15,001 - $50,000 |
| 5.19 | FLUOR CORP | None | None | None | Cash Market | | | |
| 5.19.1 | FLUOR CORP | | | | | Purchased | 03/03/2020 | $15,000 or less |
| 5.19.2 | FLUOR CORP | | | | | Sold | 03/25/2020 | $15,000 or less |
| 5.20 | FATHOM HOLDINGS INC | None | None | None | Cash Market | | | |
| 5.20.1 | FATHOM HOLDINGS INC | | | | | Purchased | 08/24/2020 | $15,000 or less |
| 5.20.2 | FATHOM HOLDINGS INC | | | | | Sold | 08/31/2020 | $15,000 or less |
| 5.21 | GILEAD SCIENCES INC | $1,000 or less | Gain | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.21.1 | GILEAD SCIENCES INC | | | | | Purchased | 03/23/2020 | $15,000 or less |
| 5.21.2 | GILEAD SCIENCES INC | | | | | Sold | 04/07/2020 | $15,000 or less |
| 5.22 | General Mills Inc | $1,001 - $2,500 | Gain, Dividend | None | Cash Market | | | |
| 5.22.1 | General Mills Inc | | | | | Purchased | 03/16/2020 | $15,000 or less |
| 5.22.2 | General Mills Inc | | | | | Purchased | 04/16/2020 | $15,000 or less |
| 5.22.3 | General Mills Inc | | | | | Purchased | 04/23/2020 | $15,000 or less |
| 5.22.4 | General Mills Inc | | | | | Purchased | 04/28/2020 | $15,000 or less |
| 5.22.5 | General Mills Inc | | | | | Sold | 04/26/2020 | $15,001 - $50,000 |
| 5.23 | HILTON INC | $2,501 - $5,000 | Gain | None | Cash Market | | | |
| 5.23.1 | HILTON INC | | | | | Purchased | 05/19/2020 | $15,000 or less |
| 5.23.2 | HILTON INC | | | | | Purchased | 05/26/2020 | $15,000 or less |
| 5.23.3 | HILTON INC | | | | | Purchased | 06/04/2020 | $15,000 or less |
| 5.23.4 | HILTON INC | | | | | Purchased | 06/05/2020 | $15,000 or less |
| 5.23.5 | HILTON INC | | | | | Sold | 06/18/2020 | $15,001 - $50,000 |
| 5.23.6 | HILTON INC | | | | | Sold | 06/19/2020 | $15,001 - $50,000 |
| 5.23.7 | HILTON INC | | | | | Purchased | 07/29/2020 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.23.8 | HILTON INC | | | | | Purchased | 08/05/2020 | $15,000 or less |
| 5.23.9 | HILTON INC | | | | | Purchased | 08/11/2020 | $15,000 or less |
| 5.23.10 | HILTON INC | | | | | Purchased | 09/08/2020 | $15,000 or less |
| 5.23.11 | HILTON INC | | | | | Sold | 10/27/2020 | $15,001 - $50,000 |
| 5.24 | LOCKHEED MARTIN CORP | $2,501 - $5,000 | Gain | None | Cash Market | | | |
| 5.24.1 | LOCKHEED MARTIN CORP | | | | | Purchased | 12/30/2019 | $15,001 - $50,000 |
| 5.24.2 | LOCKHEED MARTIN CORP | | | | | Purchased | 01/07/2020 | $15,001 - $50,000 |
| 5.24.3 | LOCKHEED MARTIN CORP | | | | | Sold | 02/13/2020 | $15,001 - $50,000 |
| 5.25 | Marriott International - Class A Common Stock | $1,000 or less | Gain | None | Cash Market | | | |
| 5.25.1 | Marriott International - Class A Common Stock | | | | | Purchased | 05/19/2020 | $15,000 or less |
| 5.25.2 | Marriott International - Class A Common Stock | | | | | Sold | 05/28/2020 | $15,000 or less |
| 5.26 | Microsoft Corp | $5,001 - $15,000 | Gain, Dividend | None | Cash Market | | | |
| 5.26.1 | Microsoft Corp | | | | | Purchased | 07/24/2020 | $15,001 - $50,000 |
| 5.26.2 | Microsoft Corp | | | | | Purchased | 07/27/2020 | $15,001 - $50,000 |
| 5.26.3 | Microsoft Corp | | | | | Purchased | 08/05/2020 | $15,001 - $50,000 |
| 5.26.4 | Microsoft Corp | | | | | Sold | 08/27/2020 | $50,001 - $100,000 |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.27 | Norwegian Cruise Line Holdings Ltd. - Ordinary Shares | None | None | None | Cash Market | | | |
| 5.27.1 | Norwegian Cruise Line Holdings Ltd. - Ordinary Shares | | | | | Purchased | 06/04/2020 | $15,000 or less |
| 5.27.2 | Norwegian Cruise Line Holdings Ltd. - Ordinary Shares | | | | | Sold | 07/02/2020 | $15,000 or less |
| 5.28 | NOKIA CORP ADR | $2,501 - $5,000 | Gain | None | Cash Market | | | |
| 5.28.1 | NOKIA CORP ADR | | | | | Purchased | 03/25/2020 | $15,000 or less |
| 5.28.2 | NOKIA CORP ADR | | | | | Purchased | 04/06/2020 | $15,000 or less |
| 5.28.3 | NOKIA CORP ADR | | | | | Purchased | 04/23/2020 | $15,000 or less |
| 5.28.4 | NOKIA CORP ADR | | | | | Purchased | 05/07/2020 | $15,000 or less |
| 5.28.5 | NOKIA CORP ADR | | | | | Purchased | 06/08/2020 | $15,000 or less |
| 5.28.6 | NOKIA CORP ADR | | | | | Purchased | 07/01/2020 | $15,000 or less |
| 5.28.7 | NOKIA CORP ADR | | | | | Purchased | 07/24/2020 | $15,000 or less |
| 5.28.8 | NOKIA CORP ADR | | | | | Sold | 07/07/2020 | $15,000 or less |
| 5.28.9 | NOKIA CORP ADR | | | | | Sold | 08/21/2020 | $15,000 or less |
| 5.29 | DIREXION DAILY GOLD MINERS | $1,001 - $2,500 | Gain | None | Cash Market | | | |
| 5.29.1 | DIREXION DAILY GOLD MINERS | | | | | Purchased | 03/25/2020 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.29.2 | DIREXION DAILY GOLD MINERS | | | | | Sold | 03/30/2020 | $15,000 or less |
| 5.29.3 | DIREXION DAILY GOLD MINERS | | | | | Purchased | 07/29/2020 | $15,000 or less |
| 5.29.4 | DIREXION DAILY GOLD MINERS | | | | | Purchased | 08/04/2020 | $15,000 or less |
| 5.29.5 | DIREXION DAILY GOLD MINERS | | | | | Sold | 08/13/2020 | $15,001 - $50,000 |
| 5.29.6 | DIREXION DAILY GOLD MINERS | | | | | Purchased | 08/17/2020 | $15,001 - $50,000 |
| 5.29.7 | DIREXION DAILY GOLD MINERS | | | | | Purchased | 08/31/2020 | $15,000 or less |
| 5.29.8 | DIREXION DAILY GOLD MINERS | | | | | Sold | 09/08/2020 | $15,001 - $50,000 |
| 5.29.9 | DIREXION DAILY GOLD MINERS | | | | | Purchased | 09/25/2020 | $15,001 - $50,000 |
| 5.29.10 | DIREXION DAILY GOLD MINERS | | | | | Sold | 10/19/2020 | $15,001 - $50,000 |
| 5.30 | Nvidia Corp | $5,001 - $15,000 | Gain, Dividend | None | Cash Market | | | |
| 5.30.1 | Nvidia Corp | | | | | Purchased | 04/27/2020 | $15,001 - $50,000 |
| 5.30.2 | Nvidia Corp | | | | | Purchased | 05/07/2020 | $15,001 - $50,000 |
| 5.30.3 | Nvidia Corp | | | | | Sold | 06/04/2020 | $50,001 - $100,000 |
| 5.31 | Regions Financial Corp | $1,000 or less | Gain, Dividend | None | Cash Market | | | |
| 5.31.1 | Regions Financial Corp | | | | | Purchased | 03/03/2020 | $15,000 or less |
| 5.31.2 | Regions Financial Corp | | | | | Purchased | 03/16/2020 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.31.3 | Regions Financial Corp | | | | | Purchased | 03/26/2020 | $15,000 or less |
| 5.31.4 | Regions Financial Corp | | | | | Sold | 04/16/2020 | $15,000 or less |
| 5.31.5 | Regions Financial Corp | | | | | Purchased | 06/03/2020 | $15,000 or less |
| 5.31.6 | Regions Financial Corp | | | | | Purchased | 07/01/2020 | $15,000 or less |
| 5.31.7 | Regions Financial Corp | | | | | Sold | 07/07/2020 | $15,000 or less |
| 5.32 | TESLA INC | $5,001 - $15,000 | Gain | None | Cash Market | | | |
| 5.32.1 | TESLA INC | | | | | Purchased | 08/18/2020 | $15,001 - $50,000 |
| 5.32.2 | TESLA INC | | | | | Purchased | 09/09/2020 | $15,000 or less |
| 5.32.3 | TESLA INC | | | | | Purchased | 11/09/2020 | $15,000 or less |
| 5.32.4 | TESLA INC | | | | | Sold | 11/20/2020 | $15,001 - $50,000 |
| 5.33 | Tyson Foods Inc A | None | None | None | Cash Market | | | |
| 5.33.1 | Tyson Foods Inc A | | | | | Purchased | 05/04/2020 | $15,000 or less |
| 5.33.2 | Tyson Foods Inc A | | | | | Sold | 05/07/2020 | $15,000 or less |
| 5.34 | UNITED AIRLINES HOLDING | None | None | None | Cash Market | | | |
| 5.34.1 | UNITED AIRLINES HOLDING | | | | | Purchased | 06/10/2020 | $15,000 or less |
| 5.34.2 | UNITED AIRLINES HOLDING | | | | | Sold | 06/15/2020 | $15,000 or less |
| 5.35 | Unitedhealth Group Inc | None | None | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.35.1 | Unitedhealth Group Inc | | | | | Purchased | 01/15/2020 | $15,001 - $50,000 |
| 5.35.2 | Unitedhealth Group Inc | | | | | Sold | 02/04/2020 | $15,001 - $50,000 |
| 5.36 | US STEEL CORP | $1,000 or less | Gain, Dividend | None | Cash Market | | | |
| 5.36.1 | US STEEL CORP | | | | | Purchased | 01/09/2020 | $15,000 or less |
| 5.36.2 | US STEEL CORP | | | | | Sold | 02/04/2020 | $15,000 or less |
| 5.36.3 | US STEEL CORP | | | | | Purchased | 05/08/2020 | $15,000 or less |
| 5.36.4 | US STEEL CORP | | | | | Purchased | 05/11/2020 | $15,000 or less |
| 5.36.5 | US STEEL CORP | | | | | Purchased | 07/07/2020 | $15,000 or less |
| 5.36.6 | US STEEL CORP | | | | | Purchased | 07/09/2020 | $15,000 or less |
| 5.36.7 | US STEEL CORP | | | | | Purchased | 07/14/2020 | $15,000 or less |
| 5.36.8 | US STEEL CORP | | | | | Purchased | 07/21/2020 | $15,000 or less |
| 5.36.9 | US STEEL CORP | | | | | Sold | 05/19/2020 | $15,000 or less |
| 5.36.10 | US STEEL CORP | | | | | Sold | 07/30/2020 | $15,000 or less |
| 5.37 | ZOOM VIDEO COMMUNICATIONS | None | None | None | Cash Market | | | |
| 5.37.1 | ZOOM VIDEO COMMUNICATIONS | | | | | Purchased | 03/19/2020 | $15,000 or less |
| 5.37.2 | ZOOM VIDEO COMMUNICATIONS | | | | | Sold | 04/07/2020 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.38 | Carnival Corp | $1,001 - $2,500 | Gain | None | Cash Market | | | |
| 5.38.1 | Carnival Corp | | | | | Purchased | 05/19/2020 | $15,000 or less |
| 5.38.2 | Carnival Corp | | | | | Purchased | 05/26/2020 | $15,000 or less |
| 5.38.3 | Carnival Corp | | | | | Purchased | 05/27/2020 | $15,000 or less |
| 5.38.4 | Carnival Corp | | | | | Purchased | 06/04/2020 | $15,000 or less |
| 5.38.5 | Carnival Corp | | | | | Sold | 06/23/2020 | $15,001 - $50,000 |
| 6 | AmeriTrade Brokerage Account - 2 63 (H) | | | | | | | |
| 6.1 | Sweep account- TD Bank | $1,000 or less | Interest | $50,001 - $100,000 | Cash Market | | | |
| 6.2 | Alibaba Group Holding | None | None | None | Cash Market | | | |
| 6.2.1 | Alibaba Group Holding | | | | | Purchased | 02/19/2020 | $15,000 or less |
| 6.2.2 | Alibaba Group Holding | | | | | Purchased | 04/27/2020 | $15,001 - $50,000 |
| 6.2.3 | Alibaba Group Holding | | | | | Sold | 04/23/2020 | $15,001 - $50,000 |
| 6.2.4 | Alibaba Group Holding | | | | | Sold | 05/27/2020 | $15,001 - $50,000 |
| 6.3 | Annaly Capital Management | None | None | $15,000 or less | Cash Market | | | |
| 6.3.1 | Annaly Capital Management | | | | | Sold | 02/06/2020 | $15,000 or less |
| 6.4 | Fluor Corp | $1,000 or less | Dividend | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 6.4.1 | Fluor Corp | | | | | Sold | 01/06/2020 | $15,000 or less |
| 6.5 | Pacific Premier Bancorp Inc | $1,000 or less | Dividend | None | Cash Market | | | |
| 6.5.1 | Pacific Premier Bancorp Inc | | | | | Sold | 01/16/2020 | $15,000 or less |
| 6.5.2 | Pacific Premier Bancorp Inc | | | | | Purchased | 04/27/2020 | $15,000 or less |
| 6.5.3 | Pacific Premier Bancorp Inc | | | | | Purchased | 07/01/2020 | $15,000 or less |
| 6.5.4 | Pacific Premier Bancorp Inc | | | | | Sold | 07/10/2020 | $15,000 or less |
| 6.6 | The Azek Co Inc | $1,000 or less | Gain | None | Cash Market | | | |
| 6.6.1 | The Azek Co Inc | | | | | Purchased | 08/13/2020 | $15,000 or less |
| 6.6.2 | The Azek Co Inc | | | | | Sold | 08/27/2020 | $15,000 or less |
| 6.7 | CALIX NETWORKS INC | None | None | None | Cash Market | | | |
| 6.7.1 | CALIX NETWORKS INC | | | | | Purchased | 11/05/2020 | $15,000 or less |
| 6.7.2 | CALIX NETWORKS INC | | | | | Sold | 11/13/2020 | $15,000 or less |
| 6.8 | DAQO NEW ENERGY CORP | $1,001 - $2,500 | Gain | None | Cash Market | | | |
| 6.8.1 | DAQO NEW ENERGY CORP | | | | | Purchased | 07/15/2020 | $15,000 or less |
| 6.8.2 | DAQO NEW ENERGY CORP | | | | | Purchased | 10/08/2020 | $15,001 - $50,000 |
| 6.8.3 | DAQO NEW ENERGY CORP | | | | | Sold | 10/26/2020 | $15,001 - $50,000 |
| 6.9 | Enphase Energy, Inc. - Common Stock | None | None | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 6.9.1 | Enphase Energy, Inc. - Common Stock | | | | | Purchased | 01/23/2020 | $15,000 or less |
| 6.9.2 | Enphase Energy, Inc. - Common Stock | | | | | Purchased | 02/07/2020 | $15,000 or less |
| 6.9.3 | Enphase Energy, Inc. - Common Stock | | | | | Sold | 03/30/2020 | $15,000 or less |
| 6.10 | ESTY INC | $1,000 or less | Gain | None | Cash Market | | | |
| 6.10.1 | ESTY INC | | | | | Purchased | 12/08/2020 | $15,001 - $50,000 |
| 6.10.2 | ESTY INC | | | | | Sold | 12/15/2020 | $15,001 - $50,000 |
| 6.11 | FATHOM HOLDINGS INC | $1,000 or less | Gain | None | Cash Market | | | |
| 6.11.1 | FATHOM HOLDINGS INC | | | | | Purchased | 10/29/2020 | $15,000 or less |
| 6.11.2 | FATHOM HOLDINGS INC | | | | | Sold | 11/06/2020 | $15,000 or less |
| 6.12 | General Mills Inc | $1,000 or less | Gain, Dividend | None | Cash Market | | | |
| 6.12.1 | General Mills Inc | | | | | Purchased | 04/06/2020 | $15,000 or less |
| 6.12.2 | General Mills Inc | | | | | Purchased | 04/27/2020 | $15,000 or less |
| 6.12.3 | General Mills Inc | | | | | Sold | 05/27/2020 | $15,001 - $50,000 |
| 6.13 | Inovio Pharmaceuticals, Inc. - Common Stock | None | None | None | Cash Market | | | |
| 6.13.1 | Inovio Pharmaceuticals, Inc. - Common Stock | | | | | Purchased | 04/08/2020 | $15,000 or less |
| 6.13.2 | Inovio Pharmaceuticals, Inc. - Common Stock | | | | | Sold | 04/13/2020 | $15,000 or less |
| 6.14 | JP Morgan Chase & Co | None | None | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 6.14.1 | JP Morgan Chase & Co | | | | | Purchased | 06/10/2020 | $15,000 or less |
| 6.14.2 | JP Morgan Chase & Co | | | | | Sold | 06/12/2020 | $15,000 or less |
| 6.15 | Lowe's Cos Inc | None | None | None | Cash Market | | | |
| 6.15.1 | Lowe's Cos Inc | | | | | Purchased | 11/03/2020 | $15,001 - $50,000 |
| 6.15.2 | Lowe's Cos Inc | | | | | Sold | 11/17/2020 | $15,001 - $50,000 |
| 6.16 | Microsoft Corp | $1,000 or less | Dividend | None | Cash Market | | | |
| 6.16.1 | Microsoft Corp | | | | | Purchased | 08/05/2020 | $15,001 - $50,000 |
| 6.16.2 | Microsoft Corp | | | | | Sold | 10/01/2020 | $15,001 - $50,000 |
| 6.17 | Norwegian Cruise Line Holdings Ltd. - Ordinary Shares | None | None | None | Cash Market | | | |
| 6.17.1 | Norwegian Cruise Line Holdings Ltd. - Ordinary Shares | | | | | Purchased | 06/04/2020 | $15,000 or less |
| 6.17.2 | Norwegian Cruise Line Holdings Ltd. - Ordinary Shares | | | | | Sold | 07/01/2020 | $15,000 or less |
| 6.18 | NOKIA CORP ADR | $1,000 or less | Gain | None | Cash Market | | | |
| 6.18.1 | NOKIA CORP ADR | | | | | Purchased | 06/17/2020 | $15,000 or less |
| 6.18.2 | NOKIA CORP ADR | | | | | Sold | 08/13/2020 | $15,000 or less |
| 6.18.3 | NOKIA CORP ADR | | | | | Purchased | 09/25/2020 | $15,000 or less |
| 6.18.4 | NOKIA CORP ADR | | | | | Purchased | 09/28/2020 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 6.18.5 | NOKIA CORP ADR | | | | | Sold | 10/07/2020 | $15,000 or less |
| 6.18.6 | NOKIA CORP ADR | | | | | Purchased | 10/29/2020 | $15,000 or less |
| 6.18.7 | NOKIA CORP ADR | | | | | Sold | 12/15/2020 | $15,000 or less |
| 6.19 | DIREXION DAILY GOLD MINERS | $5,001 - $15,000 | Gain | None | Cash Market | | | |
| 6.19.1 | DIREXION DAILY GOLD MINERS | | | | | Purchased | 05/28/2020 | $15,000 or less |
| 6.19.2 | DIREXION DAILY GOLD MINERS | | | | | Sold | 06/04/2020 | $15,000 or less |
| 6.19.3 | DIREXION DAILY GOLD MINERS | | | | | Purchased | 06/16/2020 | $15,000 or less |
| 6.19.4 | DIREXION DAILY GOLD MINERS | | | | | Sold | 07/02/2020 | $15,001 - $50,000 |
| 6.19.5 | DIREXION DAILY GOLD MINERS | | | | | Purchased | 07/06/2020 | $15,001 - $50,000 |
| 6.19.6 | DIREXION DAILY GOLD MINERS | | | | | Purchased | 07/14/2020 | $15,000 or less |
| 6.19.7 | DIREXION DAILY GOLD MINERS | | | | | Sold | 08/03/2020 | $15,001 - $50,000 |
| 6.19.8 | DIREXION DAILY GOLD MINERS | | | | | Purchased | 12/08/2020 | $15,000 or less |
| 6.19.9 | DIREXION DAILY GOLD MINERS | | | | | Sold | 12/15/2020 | $15,000 or less |
| 6.20 | Regions Financial Corp | $1,000 or less | Dividend | None | Cash Market | | | |
| 6.20.1 | Regions Financial Corp | | | | | Purchased | 03/26/2020 | $15,000 or less |
| 6.20.2 | Regions Financial Corp | | | | | Sold | 04/16/2020 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 6.20.3 | Regions Financial Corp | | | | | Purchased | 05/26/2020 | $15,000 or less |
| 6.20.4 | Regions Financial Corp | | | | | Purchased | 05/28/2020 | $15,000 or less |
| 6.20.5 | Regions Financial Corp | | | | | Purchased | 07/01/2020 | $15,000 or less |
| 6.20.6 | Regions Financial Corp | | | | | Sold | 07/02/2020 | $15,000 or less |
| 6.21 | TARGET CORP | $1,001 - $2,500 | Gain | None | Cash Market | | | |
| 6.21.1 | TARGET CORP | | | | | Purchased | 10/29/2020 | $15,001 - $50,000 |
| 6.21.2 | TARGET CORP | | | | | Sold | 11/20/2020 | $15,001 - $50,000 |
| 6.22 | US STEEL CORP | $1,000 or less | Gain, Dividend | None | Cash Market | | | |
| 6.22.1 | US STEEL CORP | | | | | Purchased | 05/07/2020 | $15,000 or less |
| 6.22.2 | US STEEL CORP | | | | | Sold | 05/19/2020 | $15,000 or less |
| 6.22.3 | US STEEL CORP | | | | | Purchased | 08/17/2020 | $15,000 or less |
| 6.22.4 | US STEEL CORP | | | | | Sold | 08/24/2020 | $15,000 or less |
| 6.22.5 | US STEEL CORP | | | | | Purchased | 08/25/2020 | $15,000 or less |
| 6.22.6 | US STEEL CORP | | | | | Purchased | 09/09/2020 | $15,000 or less |
| 6.22.7 | US STEEL CORP | | | | | Sold | 09/15/2020 | $15,000 or less |
| 7 | ETRADE Brokerage Account (H) - ETrasde Bank | | | | | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.1 | JP Morgan Chase previously Etrade BankETrade Bank | $2,501 - $5,000 | Interest | $100,001 - $250,000 | Cash Market | | | |
| 7.2 | Advanced Micro Devices INC | $2,501 - $5,000 | Gain | None | Cash Market | | | |
| 7.2.1 | Advanced Micro Devices INC | | | | | Purchased | 12/26/2019 | $15,000 or less |
| 7.2.2 | Advanced Micro Devices INC | | | | | Sold | 01/02/2020 | $15,000 or less |
| 7.2.3 | Advanced Micro Devices INC | | | | | Purchased | 06/10/2020 | $15,000 or less |
| 7.2.4 | Advanced Micro Devices INC | | | | | Sold | 06/12/2020 | $15,000 or less |
| 7.2.5 | Advanced Micro Devices INC | | | | | Purchased | 05/11/2020 | $15,000 or less |
| 7.2.6 | Advanced Micro Devices INC | | | | | Sold | 05/12/2020 | $15,000 or less |
| 7.2.7 | Advanced Micro Devices INC | | | | | Purchased | 05/21/2020 | $15,000 or less |
| 7.2.8 | Advanced Micro Devices INC | | | | | Sold | 06/10/2020 | $15,000 or less |
| 7.3 | Hanesbrands INC | None | None | None | Cash Market | | | |
| 7.3.1 | Hanesbrands INC | | | | | Sold | 01/06/2020 | $15,000 or less |
| 7.4 | American Airlines Group, Inc. - Common Stock | None | None | None | Cash Market | | | |
| 7.4.1 | American Airlines Group, Inc. - Common Stock | | | | | Purchased | 03/25/2020 | $15,000 or less |
| 7.4.2 | American Airlines Group, Inc. - Common Stock | | | | | Sold | 04/06/2020 | $15,000 or less |
| 7.5 | Apple Inc. | $1,000 or less | Gain | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.5.1 | Apple Inc. | | | | | Purchased | 08/27/2020 | $50,001 - $100,000 |
| 7.5.2 | Apple Inc. | | | | | Sold | 10/06/2020 | $15,001 - $50,000 |
| 7.6 | Advanced Micro Devices | $2,501 - $5,000 | Gain | None | Cash Market | | | |
| 7.6.1 | Advanced Micro Devices | | | | | Sold | 01/02/2020 | $15,000 or less |
| 7.6.2 | Advanced Micro Devices | | | | | Purchased | 06/10/2020 | $15,000 or less |
| 7.6.3 | Advanced Micro Devices | | | | | Sold | 06/12/2020 | $15,000 or less |
| 7.7 | Amazon | $1,001 - $2,500 | Gain | None | Cash Market | | | |
| 7.7.1 | Amazon | | | | | Purchased | 04/02/2020 | $15,000 or less |
| 7.7.2 | Amazon | | | | | Sold | 04/28/2020 | $15,000 or less |
| 7.8 | Esty | $1,000 or less | Gain | None | Cash Market | | | |
| 7.8.1 | Esty | | | | | Purchased | 12/08/2020 | $15,000 or less |
| 7.8.2 | Esty | | | | | Sold | 12/15/2020 | $15,000 or less |
| 7.9 | Gold | None | None | None | Cash Market | | | |
| 7.9.1 | Gold | | | | | Purchased | 01/07/2020 | $15,000 or less |
| 7.9.2 | Gold | | | | | Sold | 01/28/2020 | $15,000 or less |
| 7.10 | Hilton Worldwide Holdings Inc | None | None | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.10.1 | Hilton Worldwide Holdings Inc | | | | | Purchased | 06/10/2020 | $15,000 or less |
| 7.10.2 | Hilton Worldwide Holdings Inc | | | | | Sold | 06/17/2020 | $15,000 or less |
| 7.11 | Eastman Kodak Co | $1,000 or less | Gain | None | Cash Market | | | |
| 7.11.1 | Eastman Kodak Co | | | | | Purchased | 07/29/2020 | $15,000 or less |
| 7.11.2 | Eastman Kodak Co | | | | | Sold | 07/31/2020 | $15,000 or less |
| 7.12 | Lockheed Martin Corp | $1,000 or less | Gain | None | Cash Market | | | |
| 7.12.1 | Lockheed Martin Corp | | | | | Purchased | 01/06/2020 | $15,000 or less |
| 7.12.2 | Lockheed Martin Corp | | | | | Sold | 01/09/2020 | $15,000 or less |
| 7.13 | Marriott International - Class A Common Stock | $1,001 - $2,500 | Gain | None | Cash Market | | | |
| 7.13.1 | Marriott International - Class A Common Stock | | | | | Purchased | 05/19/2020 | $15,000 or less |
| 7.13.2 | Marriott International - Class A Common Stock | | | | | Sold | 06/04/2020 | $15,000 or less |
| 7.14 | Microsoft Corporation | $2,501 - $5,000 | Gain | None | Cash Market | | | |
| 7.14.1 | Microsoft Corporation | | | | | Purchased | 08/11/2020 | $15,000 or less |
| 7.14.2 | Microsoft Corporation | | | | | Sold | 08/17/2020 | $15,000 or less |
| 7.14.3 | Microsoft Corporation | | | | | Purchased | 06/12/2020 | $15,000 or less |
| 7.14.4 | Microsoft Corporation | | | | | Sold | 06/17/2020 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.14.5 | Microsoft Corporation | | | | | Purchased | 06/17/2020 | $15,000 or less |
| 7.14.6 | Microsoft Corporation | | | | | Sold | 06/23/2020 | $15,000 or less |
| 7.15 | Norwegian Cruise Line Holdings Ltd. - Ordinary Shares | $1,000 or less | Gain | None | Cash Market | | | |
| 7.15.1 | Norwegian Cruise Line Holdings Ltd. - Ordinary Shares | | | | | Purchased | 06/05/2020 | $15,000 or less |
| 7.15.2 | Norwegian Cruise Line Holdings Ltd. - Ordinary Shares | | | | | Sold | 06/16/2020 | $15,000 or less |
| 7.15.3 | Norwegian Cruise Line Holdings Ltd. - Ordinary Shares | | | | | Purchased | 06/04/2020 | $15,000 or less |
| 7.15.4 | Norwegian Cruise Line Holdings Ltd. - Ordinary Shares | | | | | Sold | 07/06/2020 | $15,000 or less |
| 7.16 | Annaly Capital | $1,000 or less | Gain | None | Cash Market | | | |
| 7.16.1 | Annaly Capital | | | | | Purchased | 02/06/2020 | $15,000 or less |
| 7.16.2 | Annaly Capital | | | | | Sold | 05/06/2020 | $15,000 or less |
| 7.16.3 | Annaly Capital | | | | | Purchased | 02/06/2020 | $15,000 or less |
| 7.16.4 | Annaly Capital | | | | | Sold | 09/13/2020 | $15,000 or less |
| 7.17 | Nokia Corporation | None | None | None | Cash Market | | | |
| 7.17.1 | Nokia Corporation | | | | | Purchased | 10/07/2020 | $15,000 or less |
| 7.17.2 | Nokia Corporation | | | | | Sold | 09/30/2020 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.18 | Direxion Daily Gold Miners Inde | None | None | None | Cash Market | | | |
| 7.18.1 | Direxion Daily Gold Miners Inde | | | | | Purchased | 08/19/2020 | $15,000 or less |
| 7.18.2 | Direxion Daily Gold Miners Inde | | | | | Sold | 08/24/2020 | $15,000 or less |
| 7.19 | Nvidia Corp | $2,501 - $5,000 | Gain | None | Cash Market | | | |
| 7.19.1 | Nvidia Corp | | | | | Purchased | 06/18/2020 | $15,000 or less |
| 7.19.2 | Nvidia Corp | | | | | Sold | 06/23/2020 | $15,000 or less |
| 7.19.3 | Nvidia Corp | | | | | Purchased | 09/14/2020 | $15,000 or less |
| 7.19.4 | Nvidia Corp | | | | | Sold | 09/25/2020 | $15,000 or less |
| 7.19.5 | Nvidia Corp | | | | | Purchased | 02/21/2020 | $100,001 - $250,000 |
| 7.19.6 | Nvidia Corp | | | | | Sold | 02/25/2020 | $50,001 - $100,000 |
| 7.19.7 | Nvidia Corp | | | | | Sold | 04/07/2020 | $50,001 - $100,000 |
| 7.20 | Tesla Inc | $1,000 or less | Gain | None | Cash Market | | | |
| 7.20.1 | Tesla Inc | | | | | Purchased | 01/02/2020 | $15,000 or less |
| 7.20.2 | Tesla Inc | | | | | Sold | 01/03/2020 | $15,000 or less |
| 7.21 | Under Armour Inc | $1,000 or less | Gain | None | Cash Market | | | |
| 7.21.1 | Under Armour Inc | | | | | Purchased | 02/07/2020 | $15,001 - $50,000 |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.21.2 | Under Armour Inc | | | | | Sold | 02/10/2020 | $15,000 or less |
| 7.21.3 | Under Armour Inc | | | | | Sold | 02/12/2020 | $15,000 or less |
| 7.22 | United States Steel Corp | $1,001 - $2,500 | Gain | None | Cash Market | | | |
| 7.22.1 | United States Steel Corp | | | | | Purchased | 08/07/2020 | $15,000 or less |
| 7.22.2 | United States Steel Corp | | | | | Sold | 08/18/2020 | $15,000 or less |
| 7.22.3 | United States Steel Corp | | | | | Purchased | 08/25/2020 | $15,000 or less |
| 7.22.4 | United States Steel Corp | | | | | Sold | 08/27/2020 | $15,000 or less |
| 7.22.5 | United States Steel Corp | | | | | Purchased | 08/28/2020 | $15,000 or less |
| 7.22.6 | United States Steel Corp | | | | | Sold | 09/04/2020 | $15,000 or less |
| 7.22.7 | United States Steel Corp | | | | | Purchased | 10/27/2020 | $15,000 or less |
| 7.22.8 | United States Steel Corp | | | | | Sold | 11/05/2020 | $15,000 or less |
| 8 | Trust | See Note | | | | | | |
| 9 | Chase Bank-Aggregate | $1,000 or less | Interest | $100,001 - $250,000 | Cash Market | | | |
| 10 | Bank of America-Aggregate | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| 11 | San Diego County Credit Union-Aggregate | $1,000 or less | Interest | $100,001 - $250,000 | Cash Market | | | |
| 12 | Valic | | | | | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 12.1 | Valic-Fixed Account Plus | None | None | $15,000 or less | Cash Market | | | |
| 12.2 | Valic-Midcap Strat | None | None | $15,001 - $50,000 | Cash Market | | | |
| 12.3 | Valic-Small Cap Special Value-Evergreen/Putnam | None | None | $15,001 - $50,000 | Cash Market | | | |
| 12.4 | AIG Valic-Mid Cap Fund (Wellingon) | None | None | $15,001 - $50,000 | Cash Market | | | |
| 12.5 | Valic International Small Cap Equity/AIG | None | None | $5,000,001 - $25,000,000 | Cash Market | | | |
| 13 | California State Employee 401K-Savings Plus Mid Cap Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 14 | Citi Bank Aggregate | $2,501 - $5,000 | Interest | $250,001 - $500,000 | Cash Market | | | |
| 15 | Parcel 6- San Diego | $15,001 - $50,000 | Rent | $500,001 - $1,000,000 | Cash Market | | | |
| 16 | Pacific Premier Bancorp | | | | | Sold | 01/17/2020 | $15,001 - $50,000 |
| 17 | Pacific Premier Bancorp | | | | | Purchased | 04/21/2020 | $15,000 or less |
| 18 | Pacific Premier Bancorp | | | | | Purchased | 04/23/2020 | $15,000 or less |
| 19 | Pacific Premier Bancorp | | | | | Purchased | 05/04/2020 | $15,000 or less |
| 20 | Wells Fargo Bank checking | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |

## Additional Information or Explanation

| PART | # | NOTE |
|------|---|------|
| VII. | 8 | this trust was closed and assets were distributed to beneficiaries. |